IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CYNTHIA LIPSCOMB,

   Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-2420-TWT

## OPINION AND ORDER

This is an action seeking review of the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending affirming the decision of the Commissioner. After careful consideration of the Plaintiff's Objections to the Report and Recommendation, the Court concludes that they are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner denying the Plaintiff's application for benefits is AFFIRMED. The Plaintiff's Motion to Remand [Doc. 19] is DENIED.

SO ORDERED, this 25 day of October, 2005.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge