IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CYNTHIA LIPSCOMB,

   Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-2420-TWT

### ORDER

This is an action seeking review of the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 68] of the Magistrate Judge recommending reversing the decision of the Commissioner and remanding for an award of benefits. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the case is REMANDED for an award of benefits.

SO ORDERED, this 19 day of February, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge